NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALVIN M. BLANTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3062

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100102-I-1.

---

## ON MOTION

---

## ORDER

Alvin M. Blanton moves to stay the briefing schedule pending the Merit Systems Protection Board's disposition of his motion for reconsideration.

The court notes that on January 21, 2011 the Board informed Blanton that its regulations do not provide for a request for reconsideration and that his case was over before the Board.

The court further notes that both the docketing fee and Fed. Cir. R. 15(c) Form are overdue.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is denied as moot.

(2) If the 15(c) Form and either the docketing fee or a motion for leave to proceed in informa pauperis are not received within 21 days from the day of filing of this order, the appeal shall be dismissed.

(2) Blanton's brief is due within 30 days from the date of filing of this order.

FOR THE COURT

JUN 0 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alvin M. Blanton (15(c) Form and IFP Form enclosed)
David S. Brooks, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK